UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDWIN REYES SR.                                 :

          Plaintiff,                     :        ORDER

  -v.-                                           :
                                                           24 Civ. 7631 (VSB) (GWG)
SOLAR ENERGY SYSTEM,                :

          Defendant.                    :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The defendant in this matter has filed a motion to dismiss the complaint dated February 26, 2025.

      Plaintiff shall file a response to this motion on or before March 19, 2025. Defendant may file any reply within 7 days after the filing of plaintiff's response.

      If plaintiff fails to file a response, the motion will be decided based solely on the defendant's papers. Or this case may be dismissed for failure to prosecute.

      Plaintiff is reminded that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

      SO ORDERED.

Dated: March 5, 2025
       New York, New York

                                                                   GABRIEL W. GORENSTEIN
                                                                   United States Magistrate Judge