```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EDWIN REYES SR.                                 :

                Plaintiff,                      :     ORDER

        -v.-                                    :
                                                      24 Civ. 7631 (VSB) (GWG)
SOLAR ENERGY SYSTEM,                            :

                Defendant.                      :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The defendant in this matter has filed a motion to dismiss the complaint dated February 26, 2025. The defendant's memorandum of law in support of defendant's motion to dismiss the complaint, also filed February 26, 2026 (Docket # 16), makes strong arguments that the complaint fails to provide facts showing discrimination, a hostile work environment, or retaliation. The memorandum of law gives specific areas where the complaint falls short and also points to the overall lack of detail contained in the complaint. Plaintiff's response to the motion (Docket # 19), however, does not address these points.

      . The Court is in agreement with defendant's analysis. Accordingly, in light of plaintiff's pro se status, the Court will give the plaintiff the chance if he wishes to file an amended complaint that corrects any of these deficiencies. Any such amended complaint must be filed by April 17, 2025. Plaintiff is reminded that any amended complaint will <u>completely replace</u> the existing complaint and thus plaintiff must include all claims and facts in any amended complaint. This may be the only chance plaintiff receives to file an amended complaint.

      If plaintiff files an amended complaint, the defendant shall respond to the amended complaint within 21 days of its filing. The Court's pre-motion conference requirement as to any motion to dismiss is waived.

      If plaintiff chooses not to file an amended complaint, the Court will consider defendant's 1motion based on the current complaint and the current briefing.

     Plaintiff is reminded that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures

     SO ORDERED.

Dated: March 27, 2025
       New York, New York

                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge