UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDWIN REYES SR.                                  :

       Plaintiff,                               :     ORDER

  -v.-                                                     :
                                                                                   24 Civ. 7631 (VSB) (GWG)
SOLAR ENERGY SYSTEM, et al.,          :

       Defendants.                         :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Plaintiff has filed an amended complaint (Docket # 21) naming a new defendant in this matter, Mike Tranzeli. The Clerk of Court is instructed to issue a summons for defendant Mike Tranzeli, complete the USM-285 form with the address for this defendant, and deliver to the U.S. Marshals Service all documents necessary to effect service.

      Because a new defendant has been named, the time for defendant Solar Energy System to respond to the amended complaint is adjourned until 21 days after proof of service is filed on the docket showing service on defendant Mike Tranzeli.

      Finally, in light of the filing of an amended complaint in this matter, the pending motion to dismiss (Docket # 15) is deemed withdrawn as moot.

      SO ORDERED.

Dated: April 21, 2025
       New York, New York

                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge