UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWIN REYES SR.                                  :

       Plaintiff,                               :        <u>ORDER</u>

  -v.-                                                    :
                                                              24 Civ. 7631 (VSB) (GWG)
SOLAR ENERGY SYSTEM, et al.,          :

       Defendants.                          :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     Defendants have filed a motion to dismiss dated May 14, 2025.

     Plaintiff shall file his opposition to this motion on or before June 11, 2025. Defendants shall file their reply on or before June 25, 2025.

     SO ORDERED.

Dated: May 15, 2025
          New York, New York

                                                                GABRIEL W. GORENSTEIN
                                                                United States Magistrate Judge