UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EDWIN REYES SR.                                     :

        Plaintiff,                                  :    <u>ORDER</u>

  -v.-                                                         :
                                                              24 Civ. 7631 (VSB) (GWG)
SOLAR ENERGY SYSTEM, et al.,          :

        Defendants.                              :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Defendants have filed a motion to dismiss this case dated May 14, 2025. The Court issued an Order on May 15, 2025, requiring plaintiff to file his opposition to this motion on or before June 11, 2025. Plaintiff, however, has filed no opposition.

      It is unclear if plaintiff wishes to pursue this case. On or before July 9, 2025, plaintiff must <u>either</u> (1) file his opposition to the motion to dismiss, which must give reasons why the defendants's motion should be denied, or (2) file a letter stating that he wishes to pursue this case even if he has not filed any opposition.

      If plaintiff fails to comply with this Order, he is warned that <u>this case may be dismissed in its entirety</u> for failure to prosecute under Rule 41 of the Federal Rules of Civil Procedure.

      If plaintiff files his opposition, defendants may file a reply within 14 days of the filing of the opposition

      The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Also, plaintiff may wish to seek free legal assistance from the Courthouse's Legal Assistance clinic by calling (212) 382-4794.

      SO ORDERED.

Dated: June 25, 2025
       New York, New York

                                                            _____
                                                            GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge