UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWIN REYES SR.                                     :

       Plaintiff,                              :        ORDER

  -v.-                                                         :
                                                          24 Civ. 7631 (VSB) (GWG)
SOLAR ENERGY SYSTEM, et al.,            :

       Defendants.                          :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Defendants have filed a motion to dismiss this case dated May 14, 2025. Plaintiff did not respond and the Court issued an order on June 25, 2025, requiring plaintiff to state his intentions as to his pursuit of this case. Instead, plaintiff filed a letter on the same date stating that he is seeking a "60-day extension to file an opposition." Plaintiff gave no reason why he required this period to respond.

      60 days is an extraordinary length of time to prepare opposition to a motion to dismiss. Nonetheless, the Court will grant the request. Plaintiff must file his opposition on or before August 25, 2025. <u>There will be no further extensions of this deadline</u>.

      Any reply by defendants shall be filed on or before September 15, 2025.

      SO ORDERED.

Dated: June 30, 2025
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge