**Edwin Reyes Sr.**, *Pro Se*
308 East 145th St
Apt. 3G
Bronx, NY 10451
Edwinreyes.er46@gmail.com

RECEIVED
SDNY PRO SE OFFICE
2025 JUL 30 PM 12: 48

July 30, 2025

## MEMORANDUM ENDORSED

Hon. Gabriel Gorenstein
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Reyes v. Solar Energy System and Mike Tranzilli,* 24-cv-7631

Dear Judge Gorenstein:

I am the pro se plaintiff in this action and write to request leave to file a Second Amended Complaint in lieu of an opposition to defendant's motion to dismiss. Your Honor's Order, dated June 30, 2025 (ECF 32), granted me an extension of time to submit an Opposition to the Defendants' Motion to Dismiss Amended Complaint (ECF 26) by August 25, 2025. I respectfully request that Your Honor grant me leave to amend my complaint under Federal Rule of Civil Procedure 15(a)(2) to address the deficiencies identified in the Defendants Motion to Dismiss Amended Complaint.

As suggested by the Court, I contacted the City Bar Justice Center's Federal Pro Se Legal Assistance Project for assistance. In working with the Project, I now understand that my previous pleadings may not contain the facts necessary for the claims I wish to assert. On July 28th I sent an email to the opposing counsel asking for consent to amend my complaint but have yet to hear back. I respectfully request the opportunity to allege additional facts in a properly pled amended complaint.

I propose the following schedule:

- August 25, 2025: Deadline for Plaintiff's Amended Complaint
- September 15, 2025: Deadline for Defendant to file:
    a. an answer
    b. a new motion to dismiss
    c. a letter stating that Defendant relies on the previously filed motion to dismiss

Respectfully submitted,

s/ *Edwin Reyes*
Edwin Reyes

*This letter was prepared with the assistance of the City bar Justice Center, Federal Pro Se Legal Assistance Project. *

No opposition having been filed to this letter, plaintiff may file a Second Amended Complaint by August 25, 2025. The Court's premotion conference requirement is waived for any motion to dismiss the proposed Second Amended Complaint.  The briefing schedule shall be in accordance with paragraph 2.B of the Court's Individual Practices.   In light of the planned filing of the Second Amended Complaint, the existing motion to dismiss (Docket # 26) is deemed withdrawn.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

August 13, 2025